Acknowledged.

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CUMMINS INC., ) | |
| ) | |
| CUMMINS POWER GENERATION INC., ) | 11/30/2007 |
| ) | |
| CUMMINS ENGINE IP, INC., ) | |
| ) | Civ. No.: 1:06-cv-00095 |
| Plaintiffs, ) | |
| ) | Judge Sarah Evans Barker |
| v. ) | |
| ) | Mag. Judge Jane Magnus-Stinson |
| ) | |
| TAP ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

All parties, having settled their dispute, hereby stipulate that all claims and counterclaims in the captioned lawsuit be dismissed with prejudice, with each party to bear its own costs and attorney fees.

Dated: November 27, 2007　　　　　　　Respectfully submitted,

/s/ Laurin H. Mills_____
Laurin H. Mills, Esq.
Susan M. Freedman, Esq.
NIXON PEABODY LLP
401 9th Street, N.W. Suite 900
Washington, D.C. 20004
TEL: (202) 585-8000
FAX: (202) 585-8080
e-mail: lmills@nixonpeabody.com

William E. Padgett (18819-49)
Mary Jane Frisby (22213-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
TEL: (317) 231-1313
FAX: (317) 231-7433
e-mail: maryjane.frisby@BTLaw.com

J. Bruce Schelkopf
CUMMINS, INC.
One American Square
Suite 1800
Indianapolis, IN 46282
TEL: (317) 610-2462
FAX: (317) 610-2526
e-mail: j.bruce.schelkopf@cummins.com

*Attorneys for Plaintiffs*
Cummins Inc., Cummins Power Generation Inc. f/k/a Onan Corporation, and Cummins Engine IP, Inc.

/s/ James W. Riley
James W. Riley (6073-49)
RILEY, BENNETT & EGLOFF, LLP
141 East Washington Street, 4th Floor
Indianapolis, IN 46282
Tele:  (317) 636-8000
Fax:   (317) 636-8027
e-mail:  jriley@rbelaw.com


Christopher S. Shank, Esq.
Brenda G. Hamilton, Esq.
David L. Heinemann, Esq.
SHANK & HAMILTON, P.C.
2345 Grand Avenue, Suite 1600
Kansas City, MO 64108
Tele:  (816) 471-0909
Fax:   (816) 471-3888
e-mail: chriss@shankhamilton.com
e-mail:  brendah@shankhamilton.com
e-mail:  davidh@shankhamilton.com


*Attorneys for Defendant*
TAP Enterprises, Inc.